UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
JUN 08 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.     INDICTMENT NO. 23-26-DLB-CJS

DALTON SAMUEL BROOKS

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 18 U.S.C. § 922(g)(1)

On or about April 13, 2023, in Mason County, in the Eastern District of Kentucky,

**DALTON SAMUEL BROOKS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms: (1) a weapon made from a Harrington and Richardson Topper model 88, 12-gauge shotgun, bearing serial number AX472867, that had been modified to have an overall length of less than 26 inches and a barrel length less than 18 inches, and (2) a ZhongZhou Machine Works, model JW-200, 12-gauge shotgun, bearing serial number JWC108214, said firearms having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
### 26 U.S.C. § 5861(d)

On or about April 13, 2023, in Mason County, in the Eastern District of Kentucky,

**DALTON SAMUEL BROOKS**

knowingly received and possessed a firearm, that is, a weapon made from a Harrington and Richardson Topper model 88, 12-gauge shotgun, bearing serial number AX472867, that had been modified to have an overall length of less than 26 inches and a barrel length less than 18 inches, that was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)
### 26 U.S.C. § 5872
### 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in Count 1 of the Indictment, **DALTON SAMUEL BROOKS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **DALTON SAMUEL BROOKS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **DALTON SAMUEL BROOKS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 26 U.S.C. § 5861(d). Any and all interest that **DALTON SAMUEL BROOKS** has in this property is vested in and forfeited to the United States pursuant to 26 U.S.C.

§ 5872(d).

3. The property to be forfeited included, but is not limited to, the following:

**FIREARMS**:

a. A Harrington and Richardson Topper model 88, 12-gauge shotgun, bearing serial number AX472867; and

b. A ZhongZhou Machine Works, model JW-200, 12-gauge shotgun, bearing serial number JWC108214.

**A TRUE BILL**

**FOREPERSON**

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:**   Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**COUNT 2:**   Not more than 10 years imprisonment, a $10,000 fine, and 3 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.

**PLUS:**   Forfeiture of all listed property.