IN THE COURT OF COMMON PLEAS

BROWN COUNTY, OHIO

FILED
CLERK OF COURTS
BROWN COUNTY OHIO

2021 JAN 15 P 1: 25

L. CLARK GRAY
CLERK OF COURTS

| | | |
|---|---|---|
| STATE OF OHIO | * | |
| Plaintiff | * | Case No. CRI2020-2091 |
| vs. | * | |
| DALTON S. BROOKS | * | JUDGMENT ENTRY |
| | | OF SENTENCE |
| Defendant | * | |

On **January 15, 2021**, Defendant's sentencing hearing was held pursuant to R.C. 2929.19. Defense attorney **Jonathan D. Walker** and the Assistant Prosecuting Attorney were present, as was the Defendant, who was afforded all rights pursuant to Crim.R. 32. The Court has considered the record and oral statements, as well as the principles and purposes of sentencing under R.C. 2929.11, and has balanced the seriousness and recidivism factors of R.C. 2929.12. The Court has also considered R.C. 2929.13 and R.C. 2929.14, as well as R.C. 2921.331.

The Court finds that the Defendant entered a plea of guilty on **January 15, 2021** and was convicted of: **Count 1, Failure to Comply with an Order or Signal of a Police Officer, in violation of R.C. 2921.331(B), a third-degree felony; and Count 2, Aggravated Trafficking in Drugs, in violation of R.C. 2925.03(A)(1), a fourth-degree felony.**

Thereupon, the Defendant, the Defendant's counsel, and the State of Ohio were given an opportunity to address the Court or offer evidence relative to sentencing. After considering the statements and evidence as submitted by the parties, and the Court, finding no good cause as to why sentence should not be imposed, after considering the principles of sentencing, and weighing all relevant factors including, but not limited to, R.C. 2929 et seq. and finding the following sentence consistent therewith, hereby sentences the Defendant as follows:

**COUNT 1:**

☒ Confinement of **30 months** in the Ohio Department of Corrections.

VOL: 2021  ITEM: 241

☒ Court costs.

☒ Driver's License Suspension for **Lifetime Suspension, retroactive to January 30, 2020**.

**COUNT 2:**

☒ Confinement of **14 months** in the Ohio Department of Corrections, **to be served consecutively to the sentence imposed in Count 1, pursuant to R.C. 2923.331.**

☒ Dismiss Count(s) **3, 4, 5.**

**FURTHER,** the Court disapproves consideration of IPP.

**FURTHER,** all costs of prosecution, appointed counsel fees, fines, and restitution are judgments enforceable pursuant to law by the parties in whose favor they are entered.

**FURTHER,** in accordance with R.C. 2901.07, the Defendant is required to submit a DNA specimen, which will be collected at the prison, jail, correctional or detention facility to which the Defendant has been sentenced. If the sentence includes any period of probation or community control, or if any time the Defendant is on parole, transitional control, or post-release control, the Defendant will be required, as a condition of said sentence, to submit a DNA specimen to the probation department, adult parole authority, or other authority as designated by law. If the Defendant fails or refuses to submit to the required DNA specimen collection procedures, the Defendant will be subject to arrest and punishment for violating this condition.

**FURTHER,** in accordance with R.C. 2929.19(B)(2)(f), the Defendant is required to remain free of illegal drugs and is subject to random drug testing. **FURTHER,** in accordance with R.C. 2929.19(B)(2)(g) and R.C. 2967.193, the Defendant is notified of earned days of credit, up to 8% of the stated prison term.

The Court has further notified the Defendant that post release control is **mandatory** for **3 years**, as well as the consequences for violating conditions of post release control imposed by the Parole Board under R.C. 2967.28. The Defendant is ordered to serve as part of this sentence any term of post release control imposed by the Parole Board, and any prison term for violation of that post release control.

Specifically, if the Defendant violates post release control supervision or any condition thereof, the Adult Parole Authority may impose a prison term as part of the sentence, up to an additional sentence of

one-half of the prison term herein. If the Defendant commits a new felony while subject to post release control, the Defendant may be sent to prison for the remaining post release control period or one year, whichever is greater. The prison term shall be served consecutively to any prison term imposed for the new felony of which the Defendant is convicted.

The Defendant shall receive **20** days of credit for jail time served in the within matter, plus any additional time spent incarcerated prior to being conveyed to the appropriate prison facility.

**FURTHER,** the Clerk of Courts of Brown County, Ohio, is hereby appointed trustee for the purpose of receiving allotments of the Defendant's earnings while confined in said institution under the sentence aforesaid for purpose of paying the costs of this action. The Defendant is also hereby notified that, at the Court's discretion, and in accordance with statute, if the Defendant fails to pay financial obligations herein or fails to timely make payments toward that judgment under a payment schedule approved by the Court, the Court may order the Defendant to perform community service until the judgment is paid at an hourly rate of a set schedule or that the Court is satisfied of compliance.

**FURTHER,** bond, if any, is hereby released.

**FURTHER,** the Court advised the Defendant of the limited right to appeal the sentence imposed, and that the notice of appeal must be filed within 30 days of the date of the sentencing entry, or the appeal will be waived.

The Defendant is hereby remanded to the custody of the Brown County Sheriff to be conveyed to the Ohio Department of Corrections for commencement of sentence.

Dated: 1/15/21

Scott T. Gusweiler, JUDGE

TO THE CLERK:   Please deliver a certified copy of this Entry to the Brown County Sheriff's Office.

3