**Steven N. Howe, PSC**

**From:** Rachel Booker <rachelbooker1971@gmail.com>
**Sent:** Thursday, March 14, 2024 9:52 PM
**To:** Steven N. Howe, PSC; Steven Howe
**Subject:** Dalton Brooks

**The Honorable David L. Bunning**
United States District Judge
US District Court
35 West 5th Street
Covington, KY 41011

Thursday March 14, 2024

Your Honor,

As Dalton's mother, this has been one of the most difficult letters I have had to write. I was a single mother, often working multiple jobs or odd hours to make ends meet. He grew up without a father or a father figure most of his life. Despite those things, Dalton was a highly intelligent, outgoing, and caring individual. He struggled through his teen years with mental health issues that went untreated for years. This was mostly due to my financial strain, home and family instability, and my own history of untreated mental health and substance abuse issues. Dalton was quite an extrovert, and that made his teenage years a bit more challenging. He was easily influenced and began hanging out with the wrong crowd.

Dalton's proudest moment in life came when his daughter was born in July of 2016. Kinsleigh Ann Jade Brooks was a pivotal turning point where he wanted to be there for his daughter and be a present parent because he was raised without a father. He cared for her during his marriage while his wife chose to work. Unfortunately, that marriage was an unhealthy one that took a toll once again on his untreated mental health and led to substance abuse issues. Dalton has missed out on watching his daughter grow up within the last year, but I also know they care for one another so very much. If you know anything about my son, he is passionate about his daughter, his family; he has the most caring heart, intelligent, has the biggest smile, skilled in just about any trade, and artistic.

He has so much potential. Dalton takes full responsibility for his actions and knows that his actions come with consequences. During his time being incarcerated, he has a renewed sense of self, faith, and how he can better himself for his daughter and family. He has a strong support system, including myself. I have been substance-free for almost 13 years and have actively worked as a certified substance abuse peer support for the last 7. I have worked with the inmate population in reentry for several years and

1

know that inmates, when released with the proper education, resources, and supports, have a better chance of sustaining long-term recovery. I truly believe that Dalton has an amazing support system to be successful as an individual and as a father when he is released. I hope that you take this into consideration when determining his sentence.


Sincerely,

Rachel J. Booker
1203 Fleming Rd. Maysville KY 41056
rachelbooker1971@gmail.com | 606.584.6845

## Steven N. Howe, PSC

**From:** Rachel Booker <rachelbooker1971@gmail.com>
**Sent:** Thursday, March 14, 2024 5:01 PM
**To:** Steven N. Howe, PSC; Steven Howe
**Subject:** Fwd: Dalton

---------- Forwarded message ---------
From: **Sklar Alvarez, Jamie (CCI-Southwest)** <Jamie.SklarAlvarez@cox.com>
Date: Thu, Mar 14, 2024, 4:54 PM
Subject: Dalton
To: rachelbooker1971@gmail.com <rachelbooker1971@gmail.com>

**The Honorable David L. Bunning**
United States District Judge
US District Court
35 West 5th Street
Covington, KY 41011

Thursday March 14, 2024

Your Honor,

I am writing this letter to express my support for Dalton Brooks and to provide insight into their character and circumstances in the hopes of achieving a reduced sentencing. As Dalton's aunt I have known him his entire life. I have witnessed the challenges he has faced, the challenges he has overcome, and the mental health issues he continues to struggle with. Dalton, like many others has leaned on substances to self-medicate. His childhood was marred with parents who were also battling addiction which has contributed to his difficulties that affected him into adulthood.

Despite these adversities, Dalton is motivated to change, to become a present father and member of the community. He commits to break the cycle of addiction and to provide a better life for himself and family. His child is the foundation of his determination and his love for her and the desire to have a meaningful life that impacts society in a positive light. My sister, who is Dalton's mother has overcome her addiction and is now capable of providing support, stability, and guidance for him. This is invaluable as Dalton continues his journey towards a complete recovery.

1

Dalton has accepted full accountability for his charges, and particularly the possession of a firearm. The gravity of the situation has allowed Dalton to understand how his actions have affected others and that now it's time to make amends so that he can continue this forward trajectory for a successful life.

Dalton is capable of a full and complete rehabilitation and now that he has a support system and resources, he can be a productive member of society. The opportunity to access necessary treatment is critical to his success and for his daughter to have an active father.

Your Honor, I respectfully request that you take into consideration the circumstances outlined in this letter when determining Dalton's sentencing. Thank you for your attention to this matter.

Sincerely,


Jamie Sklar Alvarez

5456 Funks Grove Ln. Las Vegas, NV 89122

Jamie.AlvarezSklar@gmail.com | 702.824.7282

Cox Communications | Service Manager, National Accounts

2

Hello Judge Bunning,

My name is Steven Sklar, I am Dalton's Uncle.

I am a recovering Alcoholic with hopefully 5 years of sobriety in a couple of more months. I mention that because I see Dalton for who he is. An adict with a problem, not a maliciously dangerous threat to the community.

I am in no way saying Dalton should not have consequences for his actions. I am not saying he found his bottom, there is no way for me to know that. There is one point I want to get accross though. Dalton is not a violent, angry or dangerous person. He is a kind young man. He always has been, that is his nature. I watched him Dalton grow up and I have known him his entire life so that I do know is true.

My hope is that Dalton has decided to change his life. When he is, he knows I will help him.

Thank you,

Steven J Sklar