**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**CRIMINAL ACTION NO. 2:23-cr-26 DLB-CJS**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**v.**

**DALTON SAMUEL BROOKS**                                         **DEFENDANT**

**NOTICE OF APPEAL**

_____

Notice is hereby given that **DALTON SAMUEL BROOKS,** hereby appeals to the United States Court of Appeals for the Sixth Circuit the Court's Pre-Trial Denial of the Motion to Dismiss entered in this action on the October 18, 2023. (R. 22, Memorandum Opinion and Order) Defendant Brooks reserved the right to appeal the Denial of the Motion to Dismiss in the Plea Agreement. (R. 28, Plea Agreement) The Final Judgment of the Court was entered in this action on the 29th day of March, 2024. (R. 36, Judgment in a Criminal Case.)

STEVEN N. HOWE, P.S.C.


_____S/Howe_____
STEVEN N. HOWE
Attorney for Defendant Brooks
507 North Main Street
Williamstown, KY 41097
(859) 824-0500 telephone
(859) 824-0555 facsimile
stevenhowe@howeattorney.com

## **CERTIFICATE OF SERVICE**

On April 10, 2024 I electronically filed this document through the ECF system, which will send a notice of electronic filing to: Kyle Winslow, AUSA Office, 207 Grandview Drive, Ft. Mitchell KY 41017.

                                        __S/Howe_____

                                        STEVEN N. HOWE